```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 20385
   TINA M WILLIAMS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-3742
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/31/07 and confirmed on 02/27/08.

   2.  The case was dismissed after confirmation, 06/20/2008.

   3.  The Debtor paid a total of $   2185.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED | 500.00 | 2.08 | 29.20 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| REGIONAL ACCEPTANCE | SECURED VEHIC | 28611.25 | 221.15 | 1815.05 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| AMEREN | UNSECURED | NOT FILED | .00 | .00 |
| ARROWHEAD INVESTMENTS IN | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| IMAGINE | UNSECURED | NOT FILED | .00 | .00 |
| MCCURTAIN MEMORIAL HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| SECURITY FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| TOTAL LENDING INC | UNSECURED | NOT FILED | .00 | .00 |
| TRIBUTE GOLD MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| UPFRONTCASH.COM | UNSECURED | NOT FILED | .00 | .00 |
| VALLEY WEST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ZIP CASH LLC | UNSECURED | NOT FILED | .00 | .00 |

```
         Summary of disbursements:
------------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  29111.25        .00         .00          .00     29111.25
PRINCIPAL PAID       1844.25        .00         .00          .00      1844.25
INTEREST PAID         223.23        .00         .00          .00       223.23
TOTAL PAID           2067.48        .00         .00          .00      2067.48
```

The Debtor's attorney, KONSTANTINE T SPARAGIS            , was allowed $    3500.00
and was paid $     171.00   direct and $        .00   through the plan.

The Trustee received $     117.52 .

Refunds to the Debtor totaled $         .00 .

  Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


  Dated: 09/10/08              /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 20385 TINA M WILLIAMS